United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL ALLIANCE ASSOCIATES, INC., <br> Plaintiff, <br> v. <br> HENRY T. MORA, et al., <br> Defendants. | Case No. 15-cv-03706-JST <br><br> **ORDER GRANTING STIPULATION FOR RESPONDENTS TO FILE AMENDED MOTION FOR ATTORNEYS' FEES** <br><br> Re: ECF No. 40 |

On April 5, the parties filed a stipulated request that Respondents be granted leave to file an Amended Motion for Attorneys' Fees by April 7. ECF No. 40. The Stipulation explained that the parties had met and conferred regarding Petitioner's intent to object to the original Motion for Attorneys' Fees, filed by Respondents on March 24, 2016. ECF No. 39. The Court notes that Respondents have already filed their Amended Motion for Attorneys' Fees on April 7. ECF No. 41. Also on April 7, Petitioner filed a Response to the original Motion for Attorneys' Fees. ECF No. 42.

The stipulation is granted. Petitioner shall have until April 25, 2016 to file a response to the Amended Motion for Attorneys' Fees. If Petitioner intends its April 7, 2016 Response to also respond to the Amended Motion, it shall file a notice stating such by April 25. Respondents shall have until May 2, 2016 to file a Reply.

IT IS SO ORDERED.

Dated: April 11, 2016

_____
JON S. TIGAR
United States District Judge